■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CIARA PETERKIN, Appellant. [26 NYS3d 705]—Appeal by the defendant from an amended judgment of the Supreme Court, Queens County (Wong, J.), rendered August 1, 2013, as amended August 2, 2013, revoking a sentence of probation previously imposed by the County Court, Nassau County (Kase, J.), upon a finding that she violated a condition thereof, upon her admission, and imposing a sentence of imprisonment upon her previous conviction of falsifying business records in the first degree.

Ordered that the amended judgment, as further amended, is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California*

(386 US 738 [1967]) and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Mastro, J.P., Hall, Miller and LaSalle, JJ., concur.